SUSAN V. SCHILLING, Appellant, *v.* PHILIP T. COFFEY, Respondent, Impleaded with Others.

(Argued December 2, 1931; decided January 5, 1932.)

*Morris Cukor* and *Maurice I. Rappaport* for appellant. *Thomas Kiernan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.